574

364 A.2d 665
**COMMONWEALTH of Pennsylvania**

v.

**John BLUNT, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 20, 1975.

Decided Oct. 20, 1976.

Donald G. Joel, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Glen S. Gitomer, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.